UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BRIAN LEWIS                          *    CIVIL ACTION NO.
                                     *
              (Plaintiff)            *
                                     *    JUDGE
VERSUS                               *
                                     *
SAMS CLUB STORE, ET AL               *    MAGISTRATE
                                     *
              (Defendant)            *
**************************************

### NOTICE OF REMOVAL

TO:    East Baton Rouge Parish
       Clerk of Court
       19th JDC Courthouse
       300 North Blvd.
       Baton Rouge, LA 70801

       Brian Lewis
       P.O. Box 84951
       Baton Rouge, LA  70884

PLEASE TAKE NOTICE that defendants herein, ("defendants"), Wal-Mart, Inc., improperly named in the Petition as "Wal-Mart Associates Inc." ("Wal-Mart") and Sam's East, Inc., improperly named in the Petition as "Sam Club Store Management Inc.", ("Sam's"), in the proceeding entitled and captioned: *Brian Lewis v. Sams Club Store et al,* Case No. C-664-015 pending in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, have filed with the United States District Court for the Middle District of Louisiana, on March 23, 2018, a Notice for Removal and Verification for the above-described lawsuit.  Such removal is from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana. Further, this removal is made with the reservation of all rights of petitioners for

2081452.1

removal/defendants. Pursuant to 28 U.S.C. §1446(d), the state court action shall proceed no further unless and until the case is remanded. Copies of the Notice for Removal and Verification for the Notice of Removal are hereby served on you.

New Orleans, Louisiana, this ___ day of March, 2018.

Respectfully submitted,

/s/ Susanne Veters Coopoer
STEPHEN P. BEISER, T.A. (#14074)
SUSANNE VETERS COOPER(#27361)
McGLINCHEY STAFFORD, PLLC
601 Poydras Street – 12th Floor
New Orleans, Louisiana 70130
Telephone (504) 586-1200
Facsimile (504) 324-0965

Attorneys for Defendants, Sam's East, Inc. and
Wal-Mart Louisiana, LLC

## CERTIFICATE OF SERVICE

I certify that on March 23, 2018, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all know counsel of record by operation of the court's CM/ECF system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

Brian Lewis
P.O. Box 84951
Baton Rouge, LA 70884
(Pro Se Plaintiff)

/s/ Susanne Veters Cooper
SUSANNE VETERS COOPER

2081452.1