# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**BRIAN LEWIS**

**VERSUS**

**SAM'S EAST, INC., ET AL.**

**CIVIL ACTION NO.**

**18-337-JWD-EWD**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 30) dated October 23, 2019, to which no objection was filed;

**IT IS ORDERED** that pursuant to Fed. R. Civ. P. 25(a)(1), all claims asserted by deceased Plaintiff Brian Lewis in this matter are DISMISSED WITH PREJUDICE.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on November 7, 2019.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**